# HALL, ARBERY & GILLIGAN LLP
### 3340 Peachtree Rd. NE
### Suite 2570
### Atlanta, Georgia 30326
www.hagllp.com

Warren R. Hall Jr.  404-442-8777 (o)
whall@hagllp.com  404-537-5555 (f)

January 5, 2012

Sam Johnston
Courtroom Deputy Clerk
Chambers of the Honorable Harold L. Murphy
Judge, United States District Court
600 East First Street, Suite 311
Rome, Georgia 30161

    Re:   *Stott v. TitleMax of Georgia, Inc. et al, Case No.: 4:11-cv-00138*

Dear Mr. Johnston:

    Pursuant to Local Rule 83.1E.(3), the undersigned hereby gives notice of leave of absence of less than 21 days and requests that this matter not be calendared during said period of absence. The proposed dates of absence are as follows:

1. Wednesday, February 1, 2012 through and including February 3, 2012;

2. Monday, March 5, 2012 through and including Friday, March 9, 2012; and

3. Monday, April 2, 2012 through and including April 6, 2012.

    The purpose of the leave is travel out of the country and out of the state with family. If you have any questions regarding the foregoing or if I may be of any further assistance, please let me know.

Sincerely yours,

*[signature]*

Warren R. Hall, Jr.

WRH:cml

cc:   Thomas F. Martin
      Kimberly N. Martin
      Robert Daniel Beale
      Shannon Rutledge Creasy