IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JEANNA STOTT,<br><br>      Plaintiff,<br><br>v.<br><br>TITLEMAX OF GEORGIA, INC., and JOHN PEYTON, an individual,<br><br>      Defendants. | Civil Action File No.<br>4:11-CV-00138-HLM-WEJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto, through their undersigned counsel, hereby stipulate that all claims in the above-styled action are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

Respectfully submitted this __9th__ day of ~~April~~ August, 2012.

*[signature]*
Kimberly N. Martin
Georgia Bar No. 473410
Thomas F. Martin
Georgia Bar No. 482595
MARTIN & MARTIN, LLP
Post Office Box 1070
Tucker, Georgia 30085
Email:
kmartin@martinandmartinlaw.com
*Attorneys for Plaintiff*
*Jeanna Stott*

*[signature]*
R. Daniel Beale
Georgia Bar No. 043880
Shannon R. Creasy
Georgia Bar No. 228358
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Tel:   (404) 527-4000
Fax:   (404) 527-4198
Email:   dbeale@mckennalong.com
Email:   screasy@mckennalong.com

*Attorneys for Defendant*
*TitleMax of Georgia, Inc.*

*[signature]*
John Peyton, *pro se*
371 Oakridge Drive
Cartersville, Georgia 30121
(770) 865-5888
johnpeyton@email.com